AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Mayuresh Suresh Iyer<br><br>_____<br>*Defendant* | ) Case No. 3:19-cr-388-FDW<br>)<br>)<br>)<br>) FILED<br>) CHARLOTTE, NC<br><br>JAN 31 2020<br><br>US DISTRICT COURT<br>WESTERN DISTRICT OF NC |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mayuresh Suresh Iyer,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252A(a)(2)(B)-Distribution of Child Pornography

18 U.S.C. § 2252A(a)(5)(B)-Possession of Child Pornography

18 U.S.C. § 2-Aiding & Abetting same

Date: 12/18/19

City and state: CHARLOTTE, NORTH CAROLINA

*Issuing officer's signature*

FRANK G. JOHNS, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 12/18/2019, and the person was arrested on *(date)* 1/27/2020
at *(city and state)* CHARLOTTE, NC.

Date: 1/27/2020

*Arresting officer's signature*

BRIAN MONTANA, SDUSM
*Printed name and title*