IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. DNCW3:19-CR-00388 |
| ) | (Financial Litigation Unit) |
| MAYURESH SURESH IYER, ) | |
|     Defendant. ) | |

## NOTICE OF LEVY

TO THE ABOVE-NAMED DEFENDANT(S) AND ALL OTHER PERSONS INTERESTED:

TAKE NOTICE that on October 19, 2021, by virtue of an Execution issued out of the above-named Court in the above-entitled action on September 30, 2021, the United States has levied upon the property described below and all the right, title, and interest of said Defendant(s) therein and forwarded same to the United States Clerk of Court:

$4,866.23 from the funds located in Comerica Bank. Accounts including, but not limited to, accounts in the name of Mayuresh Suresh Iyer, at the following address: 39200 Six Mile Road, Livonia, MI 48152.

THAT THE PARTIES to said action are the United States of America, Plaintiff, and Mayuresh Suresh Iyer, Defendant; and that the amount of the Plaintiff's claim and demand, as stated in the said Execution, is the sum of $98,100.00.

November 3, 2021

                                                      WILLIAM T. STETZER
                                                     ACTING UNITED STATES ATTORNEY

                                                     **s/Julia K. Wood**
                                                     Assistant United States Attorney
                                                     N.C. Bar No. 51754
                                                   227 West Trade Street, Suite 1650
                                                   Charlotte, NC 28202
                                                   Tel: 704-344-6222
                                                   Fax: 704-227-0255
                                                   Julia.Wood@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that on November 3, 2021, a copy of the foregoing Notice of Levy was mailed to all parties via electronic and/or first-class mail, certified mail or express mail at the last known address as shown below:

Mayuresh Suresh Iyer, #35359-058
FCI Fort Dix
P. O. Box 2000
Joint Base MDL, NJ  08640
(Defendant)

Comerica Bank
Attn: Legal Department
39200 Six Mile Road
Livonia, MI 48152

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

**s/Julia K. Wood**
Assistant United States Attorney
N.C. Bar No. 51754
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Tel: 704-344-6222
Fax: 704-227-0255
Julia.Wood@usdoj.gov