IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. DNCW3:19-CR-00388 |
| ) | (Financial Litigation Unit) |
| MAYURESH SURESH IYER, ) | |
|     Defendant. ) | |

## NOTICE OF LEVY

TO THE ABOVE-NAMED DEFENDANT AND ALL OTHER PERSONS INTERESTED:

TAKE NOTICE that on October 29, 2021, by virtue of an Execution issued out of the above-named Court in the above-entitled action on September 15, 2021, the United States has levied upon the property described below and all the right, title, and interest of said Defendant therein and forwarded same to the United States Clerk of Court:

$20,886.61 from the funds located in E*Trade Securities, LLC. Accounts including, but not limited to, account number(s) ending in 1085 and 5079 in the name of Mayuresh Suresh Iyer, at the following address: 200 Hudson Street, Suite 501, Jersey City, NJ 07311.

THAT THE PARTIES to said action are the United States of America, Plaintiff, and Mayuresh Suresh Iyer, Defendant; and that the amount of the Plaintiff's claim and demand, as stated in the said Execution, is the sum of $98,100.00.

November 3, 2021

                                                          WILLIAM T. STETZER
                                                          ACTING UNITED STATES ATTORNEY

                                                          **s/Julia K. Wood**
                                                          Assistant United States Attorney
                                                          N. C. Bar No. 51754
                                                          227 West Trade Street, Suite 1650
                                                          Charlotte, NC 28202
                                                          Tel: 704-344-6222
                                                          Fax: 704-227-0255
                                                          Julia.Wood@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that on November 3, 2021, a copy of the foregoing Notice of Levy was mailed to all parties via electronic and/or first-class mail, certified mail or express mail at the last known address as shown below:

Mayuresh Suresh Iyer, #35359-058
FCI Fort Dix
P. O. Box 2000
Joint Base MDL, NJ 08640
(Defendant)

E*Trade Securities, LLC
Attn: Legal Department
200 Hudson Street, Suite 501
Jersey City, NJ 07311

    WILLIAM T. STETZER
    ACTING UNITED STATES ATTORNEY

    **s/Julia K. Wood**
    Assistant United States Attorney
    N. C. Bar No. 51754
    227 West Trade Street, Suite 1650
    Charlotte, NC 28202
    Tel: 704-344-6222
    Fax: 704-227-0255
    Julia.Wood@usdoj.gov